# PATEL & SHELLOW LLP

---

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  apatel@apatellaw.com
All correspondence to:  80 Broad Street, Suite 1900, New York, NY 10004

May 31, 2017

**BY ECF AND HAND DELIVERY**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   RE: *United States v. Brown*
      **Docket No. S2 16-cr-559 (DLC)**

**Dear Judge Cote:**

  Enclosed please find two courtesy copies of Defendants Corey Brown's and Josnel Rodriguez's Joint Requests To Charge and Joint Proposed Voir Dire, both of which were docketed on ECF earlier today.

  Thank you for your consideration.

            Sincerely,

            *Benjamin Silverman*
            Benjamin Silverman

cc: All Counsel of Record (via ECF)