Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 2 2017

Caption:
United States v.

Brown

Docket No.: 16-cr-559

Denise L. Cote
(District Court Judge)

Notice is hereby given that Corey Brown appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)
entered in this action on October 6, 2017.
(date)

This appeal concerns: Conviction only ✓  Sentence only ☐  Conviction & Sentence ☐  Other ☐

Defendant found guilty by plea ☐  | trial | ✓  | N/A |

Offense occurred after November 1, 1987? Yes ✓  No ☐  N/A ☐

Date of sentence: October 6, 2017  N/A ☐

Bail/Jail Disposition: Committed ✓  Not committed ☐  N/A ☐

Appellant is represented by counsel? Yes ✓  No ☐  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Andrew G. Patel |
| Counsel's Address: | Attorney at Law |
| | 80 Broad Street, New York, NY 10004 |
| Counsel's Phone: | (212) 349-0230 |
| Assistant U.S. Attorney: | Brooke Cucinella |
| AUSA's Address: | 1 St. Andrew's Place |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-2543 |

Signature