```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
COREY BROWN,                               :    16cr559-1(DLC)
                                           :    22cv9149(DLC)
                        Movant,            :
        -v-                                :
                                           :    ORDER
UNITED STATES OF AMERICA,                  :
                                           :
                        Respondent.        :
                                           :
-------------------------------------------X
```

DENISE COTE, United States District Judge:

    Corey Brown has filed a § 2255 petition, which was docketed on October 24, 2022. The petition refers to a memorandum of law which was not attached. In a separate filing, also docketed on October 24, Brown requested that he have until December 6, 2022 to file the memorandum. An Order of October 27 required the Clerk of Court to notify the U.S. Attorney's Office of the petition and required the Office to respond to the petition, but did not address Brown's request for an extension. There is no record that Brown ever filed his memorandum of law. Accordingly, it is hereby

    ORDERED that Brown shall file his memorandum by January 27, 2023. Within 60 days thereafter, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition and supporting memorandum. Brown shall have thirty days from the date on which he is served with Government's

answer to file a response. Should Brown fail to file a memorandum by January 27, the Government shall treat the petition as fully submitted based on the petition docketed on October 24.

The Clerk of Court is directed to mail a copy of this Order to Brown and note service on the docket.

SO ORDERED:

Dated: New York, New York
       December 21, 2022

                                                DENISE COTE
                                  United States District Judge