```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
COREY BROWN,                             :    16cr559-1(DLC)
                                         :    22cv9149(DLC)
                    Movant,              :
      -v-                                :
                                         :    ORDER
UNITED STATES OF AMERICA,                :
                                         :
                    Respondent.          :
                                         :
----------------------------------------X
```

DENISE COTE, United States District Judge:

Having received a letter from Corey Brown's wife dated January 26, 2023 requesting additional time for Brown to file his memorandum, it is hereby

ORDERED that Brown shall file his memorandum by March 24, 2023. Within 60 days thereafter, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition and supporting memorandum. Brown shall have thirty days from the date on which he is served with Government's answer to file a response.

The Clerk of Court is directed to mail a copy of this Order to Brown and note service on the docket.

SO ORDERED:

Dated: New York, New York
       January 30, 2023

                                     _____
                                            DENISE COTE
                                     United States District Judge