UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
COREY BROWN,                            :        16cr559-1(DLC)
                                        :
                     Movant,            :        22cv9149(DLC)
          -v-                           :
                                        :        ORDER
UNITED STATES OF AMERICA,               :
                                        :
                     Respondent.        :
                                        :
----------------------------------------X

DENISE COTE, United States District Judge:

     Having received a letter from Corey Brown's wife dated May

23, 2023 requesting additional time for Brown to file his

memorandum, it is hereby

     ORDERED that Brown shall file his memorandum by June 30,

2023.  Within 60 days thereafter, the U.S. Attorney's Office

shall file an answer or other pleadings in response to the

petition and supporting memorandum.  Brown shall have thirty

days from the date on which he is served with Government's

answer to file a response.

     The Clerk of Court is directed to mail a copy of this Order

to Brown and note service on the docket.

     SO ORDERED:

Dated:  New York, New York
        May 25, 2023

                              _____
                              DENISE COTE
                              United States District Judge