```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
COREY BROWN,                               :      16cr559-1(DLC)
                                           :      22cv9149(DLC)
                        Movant,            :
          -v-                              :
                                           :         ORDER
UNITED STATES OF AMERICA,                  :
                                           :
                        Respondent.        :
                                           :
-------------------------------------------X
```

DENISE COTE, United States District Judge:

Having received a letter from Corey Brown's wife dated August 31, 2023, requesting additional time to file his memorandum in support of his October 24, 2022 petition, it is hereby

ORDERED that Brown shall file his memorandum by **November 3, 2023**. Within 60 days thereafter, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition and supporting memorandum. Brown shall have thirty days from the date on which he is served with Government's answer to file a response.

The Clerk of Court is directed to mail a copy of this Order to Brown and note service on the docket.

Dated:  New York, New York
        September 6, 2023

                                      _____
                                              DENISE COTE
                                      United States District Judge