```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
COREY BROWN,                         :    16cr559-1(DLC)
                                     :
                      Movant,        :    22cv9149(DLC)
         -v-                         :
                                     :    ORDER
UNITED STATES OF AMERICA,            :
                                     :
                      Respondent.    :
                                     :
-------------------------------------X
```

DENISE COTE, United States District Judge:

Having received a letter from Corey Brown's father dated November 3, 2023, requesting additional time to file his table of contents, cases, and authority in support of his November 3 memorandum of law, it is hereby

ORDERED that Brown shall file his submissions in support of his memorandum of law by **November 17, 2023**.

IT IS FURTHER ORDERDED that the Government shall file its opposition, if any, by **January 8, 2024**. Brown shall have thirty days from the date on which he is served with Government's answer to file a response.

The Clerk of Court is directed to mail a copy of this Order to Brown and note service on the docket.

Dated:   New York, New York
         November 7, 2023

                                        _____
                                              DENISE COTE
                                        United States District Judge