```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
COREY BROWN,                              :    16cr559-1(DLC)
                                          :    22cv9149(DLC)
                        Movant,           :
        -v-                               :
                                          :    ORDER
UNITED STATES OF AMERICA,                 :
                                          :
                        Respondent.       :
                                          :
------------------------------------------X
```

DENISE COTE, United States District Judge:

Having received a letter from Corey Brown's wife dated February 19, 2024, requesting additional time to file his response to the Government's opposition, it is hereby

ORDERED that Brown shall file his reply by April 12, 2024.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order to the defendant at his designated institution as well as the defendant's wife at the address in her February 19 letter and note service on the docket.

Dated: New York, New York
       February 26, 2024

_____
DENISE COTE
United States District Judge